since *Cannon* v. *Oviatt* is not a precedent binding on us, *Edelman* v. *Jordan*, 415 U. S. 651, 671 (1974), the petition should be granted so that we may give plenary consideration to the constitutional issue that has stirred such conflict among state and lower federal courts.

No. 76–342. OLSON FARMS, INC. *v.* UNITED STATES ET AL. C. A. 10th Cir. Certiorari denied. MR. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 76–372. MICHIGAN *v.* JOHNSON. Sup. Ct. Mich. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied, it appearing that judgment below rests on adequate state grounds.

No. 76–395. SAN FRANCISCO BAY AREA RAPID TRANSIT DISTRICT *v.* SALAZAR. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted. Certiorari denied.

No. 76–5358. HENRY *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied. MR. JUSTICE BRENNAN and MR. JUSTICE MARSHALL would grant certiorari and vacate judgment insofar as it leaves undisturbed the sentence of death. See *Gregg* v. *Georgia*, 428 U. S. 153, 227 (1976) (BRENNAN, J., dissenting); *id.*, at 231 (MARSHALL, J., dissenting).

No. 75–1490. ZIVIAK, ADMINISTRATOR *v.* UNITED STATES, *ante*, p. 801;

No. 75–6878. ANDERSON *v.* REED, PENITENTIARY SUPERINTENDENT, *ante*, p. 850;

No. 75–6918. TARKOWSKI *v.* SMART, *ante*, p. 852; and

No. 76–5023. BOECKENHAUPT *v.* UNITED STATES, *ante*, p. 863. Petitions for rehearing denied.